**STATE**

**v.**

**TRUJILLO**

20170615

Supreme Court of Utah.

10/04/2017

20150468

400 P.3d 1213

Petition for Writ of Certiorari Granted.

**STATE**

**v.**

**SHERRATT**

20170265

Supreme Court of Utah.

10/27/2017

20160944

Petition for Writ of Certiorari Denied.

**MILLER**

**v.**

**WEST VALLEY**

20170475

Supreme Court of Utah.

09/07/2017

20150449

397 P.3d 761

Petition for Writ of Certiorari Denied.

**STATE**

**v.**

**REYOS**

20170664

Supreme Court of Utah.

10/30/2017

20150338

402 P.3d 113

Petition for Writ of Certiorari Denied.